**Buchanan Ingersoll PC**
ATTORNEYS

**William D. Sullivan**
302 428 5523
sullivanwd@bipc.com

The Nemours Building
1007 North Orange Street, Suite 1110
Wilmington, DE 19801-1236

T 302 428 5500
F 302 428 3996

www.buchananingersoll.com

June 21, 2006

The Hon. Gregory M. Sleet
United States District Judge
United States District Court
for the District of Delaware
J. Caleb Boggs Federal Building
844 King Street
Wilmington, DE 19801

Re: Daniel Ferguson v. Garden Ridge Corp., *et al.*; Case No. 06-CV-00213 (GMS)

Dear Judge Sleet:

Enclosed please find the parties' *Second Stipulated Order Extending Briefing Schedule* in the above-captioned matter. The parties respectfully request the entry of this stipulated order, which modifies the briefing schedule established pursuant to the previously-filed *Stipulated Order Extending Briefing Schedule*, and which is being proposed by counsel for appellant as a result of scheduling conflicts. The previous extension was entered as an accommodation to appellees' schedule.

The proposed schedule, if approved by Your Honor, would effect a relatively brief extension of the existing deadline for submission of the Opening Brief from the current deadline of June 21, 2006, until June 30, 2006. The proposed schedule envisages a July 20, 2006 deadline for submission of the Answering Brief, in order to provide appellees an equivalent time period in which to review the Opening Brief and prepare their response. The deadline for appellant's Reply Brief is would be extended to August 4, 2006, consonant with the preceding deadlines.

Appellant believes that the proposed extension is necessary to permit the permit the parties to adequately and effectively brief the complex issues in this appeal, so as to best assist the Court in its reaching a determination.

Respectfully submitted,

William D. Sullivan

WDS/idl
0052652-00001
Enclosure

cc: Clerk of the District Court (via hand delivery)
Joseph M. Barry, Esq. (via hand delivery)
Pauline K. Morgan, Esq. (via hand delivery)