**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GARDEN RIDGE CORPORATION, *et al.*, | ) | Case No. 04-10324 (KJC) |
| | ) | |
| Debtors. | ) | |
| | ) | (Jointly Administered) |
| _____ | ) | |
| | ) | |
| DANIEL FERGUSON, | ) | |
| | ) | Case No. 06-CV-00213 (GMS) |
| Appellant, | ) | |
| | ) | |
| v. | ) | |
| GARDEN RIDGE CORP., *et al* | ) | |
| | ) | |
| Appellees. | ) | |

**SUBSTITUTION OF COUNSEL**

**WITHDRAWAL OF APPEARANCE**

PLEASE TAKE NOTICE  that the firm of Buchanan Ingersoll & Rooney hereby

withdraws its appearance as counsel for the Appellant in the above-captioned matter.

Dated:  August 4, 2006
            Wilmington, Delaware

BUCHANAN INGERSOLL & ROONEY PC

_____*/s/ Jami B. Nimeroff*_____
Jami B. Nimeroff (No. 4049)
Margaret M. Manning (No. 4183)
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE  19801-1054
(302) 552-4200

## ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that the firm of William D. Sullivan, LLC hereby

enters its appearance as counsel for the Appellant in the above-captioned matter.


Dated: Wilmington, Delaware
　　　　August 4, 2006



                        WILLIAM D. SULLIVAN, LLC



                        _____/s/ William D. Sullivan_____
                        William D. Sullivan (Del. Bar No. 2820)
                        4 East 8th Street, Suite 400
                        Wilmington, DE 19801
                        telephone: (302) 428-8191
                        facsimile: (302) 428-8195

                        Counsel for Appellant

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served by hand delivery, this 4th

day of August, 2006, to the following parties:

Joseph M. Barry
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
100 West street, 17th Floor
Wilmingto, DE  19801

*/s/ William D. Sullivan*
William D. Sullivan (DE Bar No. 2820)
