# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GARDEN RIDGE CORPORATION, *et al.*, | ) | Case No. 04-10324 (KJC) |
| | ) | |
| Debtors. | ) | |
| | ) | (Jointly Administered) |
| _____ | ) | |
| | ) | |
| DANIEL FERGUSON, | ) | |
| | ) | Case No. 06-CV-00213 (GMS) |
| Appellant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| GARDEN RIDGE CORP., *et al* | ) | |
| | ) | |
| Appellees. | ) | |

## THIRD STIPULATED ORDER EXTENDING BRIEFING SCHEDULE

WHEREAS, on February 20, 2006, Daniel Ferguson, appellant herein ("Ferguson") filed the instant appeal ("Appeal") from the *Memorandum of Opinion and Order* ("Order") and related *Judgment* ("Judgment") of the Bankruptcy Court, entered on February 14, 2006 [Bankr. D.I. Nos. 2064, 2066] in the above-captioned bankruptcy cases of Garden Ridge Corporation, *et al.*, the above-captioned appellees (collectively, "Garden Ridge"); and

WHEREAS, pursuant to the Second Stipulated Order Extending Briefing Schedule, Appellant's Opening Brief was filed on June 30, 2006 and Appellees' Answering Brief was filed on July 20, 2006, and

WHEREAS, on July 24, 2006, William D. Sullivan, the primary attorney handling this matter for Appelllant, relocated his practice from Buchanan Ingersoll & Rooney to

his own law firm, William D. Sullivan, LLC, and Appellant has expressed his intention to have his file transferred from Buchanan Ingersoll & Rooney to William D. Sullivan, LLC; and

WHEREAS, contemporaneous with the filing of this stipulation, Appellant's counsel is filing a substitution of counsel reflecting Appellant's intent as set forth above, and pursuant to the file transfer procedures between Buchanan Ingersoll & Rooney and William D. Sullivan, LLC, undersigned counsel for the Appellant received a copy of the file in this matter on Wednesday, August 2, 2006;

NOW, THEREFORE, based on the foregoing, it is hereby stipulated by undersigned counsel that the time period for Appellant to file the Reply Brief shall be extended to August 11, 2006.

| | |
|---|---|
| Dated: Wilmington, Delaware<br>August 4, 2006 | Dated: Wilmington, Delaware<br>August 4, 2006 |
| WILLIAM D. SULLIVAN, LLC | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| /s/ William D. Sullivan<br>William D. Sullivan (Del. Bar No. 2820)<br>4 East 8th Street, Suite 400<br>Wilmington, DE 19801<br>telephone: (302) 428-8191<br>facsimile: (302) 428-8195<br><br>Counsel for Appellant | /s/ Joseph M. Barry<br>Pauline K. Morgan (Del. Bar No. 3650)<br>Joseph M. Barry (Del. Bar No. 4221)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19899<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br><br>Counsel for Appellees |

*(order on following page)*

SO ORDERED THIS _____ day of _____, 2006.

                                                                             _____
Hon. Gregory M. Sleet
United States District Judge